CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 27 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Action No. 4:05-cr-00025** |
| | ) | **Civil Action No. 4:08-cv-80030** |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| | ) | **By: Jackson L. Kiser** |
| **RODRICKUS ANTONIO JAMISON.** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that respondent's Motion to Dismiss shall be and hereby is **GRANTED**; petitioner's request for an

evidentiary hearing is **DENIED**; petitioner's Motion to Vacate, Set Aside or Correct Sentence,

pursuant to 28 U.S.C. § 2255, is **DENIED**; and this case shall be **STRICKEN** from the active

docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying

Memorandum Opinion to petitioner and to counsel of record for respondent.

**ENTER:**     This 27th day of May, 2008.

Senior United States District Judge